1  André E. Jardini, Bar No. 71335
   aej@kpclegal.com
2  Gwen Freeman, Bar No. 104094
   gf@kpclegal.com
3  K.L. Myles, Bar No. 243272
   klm@kpclegal.com
4  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
5  Glendale, California 91203-1922
   Telephone: (818) 547-5000
6  Facsimile: (818) 547-5329

7
   Attorneys for NANCY J. ZAMORA, CHAPTER 7
8  TRUSTEE

9              UNITED STATES BANKRUPTCY COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12 | MICHAEL DAVID PARIS         ) NO. 1:12-bk-11446-MB [Chapter 7]
                                 )
13 |         Debtor.              ) Date:    April 17, 2017
                                 ) Time:            10:30 a.m.
14 |                              ) Ctrm:                  303
                                 )
15 |                              ) Judge:   The Hon. Martin R. Barash
                                 )
16 |                              ) DECLARATION OF ANDRE E.
                                 ) JARDINI IN SUPPORT OF SPECIAL
17 |                              ) LITIGATION COUNSEL KNAPP,
                                 ) PETERSEN & CLARKE'S
18 |                              ) RESPONSIVE BRIEF IN OPPOSITION
                                 ) TO BRADLEY H. SPEAR'S
19 |_____) APPLICATION FOR COMPENSATION

20              DECLARATION OF ANDRÉ E. JARDINI

21

22       I, André E. Jardini, declare as follows:

23       1.   I am an attorney at law duly licensed to practice before this Court. I am a

24 director of the law firm of KNAPP, PETERSEN & CLARKE (hereinafter "KPC"), Special

25 Litigation Counsel to the Trustee in this action. The facts set forth below are based upon

26 my personal knowledge, or based on thorough review of these proceedings, and if called as

27 a witness, I could and would testify competently thereto.

28 /////

KNAPP,
PETERSEN
& CLARKE

-1-

2782429.1  08000/01017

2. If I had been informed that Bradley Spear had a secured lien interest in the amount of more than $300,000 (or any significant amount), I would not have agreed to prosecute a difficult and uncertain case for the Trustee on a contingency basis.

3. I had no information at the time the Trustee applied to have Knapp, Petersen & Clarke appointed as Special Litigation Counsel, that Bradley Spear was claiming a secured lien right in any settlement proceeds, nor the amount of that claimed lien.

Executed on this 27th day of March, 2017, at Glendale, California.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*

André E. Jardini

KNAPP,
PETERSEN
& CLARKE

-2-

2782429.1  08000/01017

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
550 North Brand Boulevard, Suite 1500, Glendale, CA 91203

A true and correct copy of the foregoing document entitled (*specify*): DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF SPECIAL LITIGATION COUNSEL KNAPP PETERSEN & CLARKE'S RESPONSIVE BRIEF IN OPPOSITION TO BRADLEY H. SPEAR'S APPLICATION FOR COMPENSATION
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 27, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 27, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 27, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Served by Fed Ex Overnight Mail:
Hon. Martin R. Barash
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 342, Courtroom 303
Woodland Hills, CA 91367

Served by Email:
Golden Eagle
Theresa Creeden
Email: Theresa.Creeden@libertymutual.com

Served by Email:
Bradley H. Spear
b.h.spear@att.net

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 27, 2017 | MINDY MENAHEN | /s/ Mindy Menahen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                        F 9013-3.1.PROOF.SERVICE

Service List:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

| | |
|---|---|
| Frank F Barilla - INACTIVE - | barillabklaw@yahoo.com |
| Katherine Bunker | kate.bunker@usdoj.gov |
| Asa S Hami | ahami@sulmeyerlaw.com, agonzalez@sulmeyerlaw.com; agonzalez@ecf.inforuptcy.com; ahami@ecf.inforuptcy.com |
| Elizabeth Jiang | ejiang@vedderprice.com, elizabeth.z.jiang@gmail.com; rtruong@vedderprice.com ecfdocket@vedderprice.com |
| Jeffrey S Kwong | jsk@lnbyb.com, jsk@ecf.inforuptcy.com |
| Elissa Miller | emiller@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com; emillersk@ecf.inforuptcy.com; dwalker@sulmeyerlaw.com |
| Juliet Y Oh | jyo@lnbrb.com, jyo@lnbrb.com |
| Stephen G. Polard | stevenpolard@dwt.com, melissastrobel@dwt.com; Linapearmain@dwt.com |
| Brett Ramsaur | bramsaur@swlaw.com, kcollins@swlaw.com |
| Ramesh Singh | claims@recoverycorp.com |
| Paul D. Spear | pdspear@spearlaw.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |
| Edward M Wolkowitz | emw@lnbrb.com |
| Nancy J Zamora (TR) | zamora3@aol.com, nzamora@ecf.epiqsystems.com |

**SERVED BY UNITED STATES MAIL:**

Debtor Michael David Paris
8357 Tunney Avenue
Northridge, CA 91324

Biggs & Co.
3250 Ocean Park Blvd.
Ste. 350
Los Angeles, CA 90405

SL Biggs
10960 Wilshire Blvd.
7th Floor
Los Angeles, CA 90024

Bradley H. Spear
20943 Devonshire Street
Suite 206
Chatsworth, CA 91311

Jonathan Murphy
Snell & Wilmer LLP
600 ANTON Blvd., Suite 1400
Costa Mesa, CA 92626

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                        F 9013-3.1.PROOF.SERVICE